Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

SEP 15 2017

ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. **1:17cv256 HSO-JCG**

*(to be filled in by the Clerk's Office)*

A l f R E D   B R o o K S

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

George County Regional Health +
The Wellness Center
Deryk PARKer        Jacquiliue Shirley
Greg HAVARD         Ron Eriq
michelle WHITE      Jennifer Hilman

CiTY of Luce DAle, mS. — JUDGE mARTin Saib
County of George — JusTice Jessie Underw
Prosecutor— MARK mAPles
Prosecutor— Joseph Griffin

George County Sheriff's Office.
          - Sheriff        HAVARD
          - CAPT. Bollen
          - Ben Brown (DeT.)
          - Chris Sullivan (Sgt)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

George County Correctional facility
WARDen Bobbie farrley

Lucedule Police DepT.   ofc. Druhe' (Sgt)
                        ofc. Joe Hinton

**COMPLAINT FOR A CIVIL CASE**

Circuit Court Judge   DAle HARKey
Attorney   Private    DAVID Sullivan
Attorney   CrT APPointed   DAvio FuTch
Attney   CrT. APPointed   Benjamin HollAnD

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | A l f R E D   B R o o K S |
| Street Address | 1 5 4 8 1   G E m i n i   R D |
| City and County | W i l m e r   m o B I L E |
| State and Zip Code | A L A B A m A   3 6 5 8 7 |
| Telephone Number | 2 5 1 6 8 9 6 8 9 1 |
| E-mail Address | |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name    Greg Havard

Job or Title *(if known)*    ADMinisTrator

Street Address    859 Winter STReeT

City and County    LuceDAle Ms. George Co. ms.

State and Zip Code    MississiPPi 39452

Telephone Number    601 947·3161

E-mail Address *(if known)*

**Defendant No. 2**

Name    DeryK PARKer

Job or Title *(if known)*    AssisTant ADministrator

Street Address    859 Winter STREET

City and County    Lucedale George

State and Zip Code    ms. 39452

Telephone Number    601· 947-3161

E-mail Address *(if known)*

**Defendant No. 3**

Name    Jacqueline Shirley

Job or Title *(if known)*    Director

Street Address    838 mill StReeT # A

City and County    LuceDale George

State and Zip Code    mississiPPi 39452

Telephone Number    601·766- 9001

E-mail Address *(if known)*

**Defendant No. 4**

Name    michelle F. White

Job or Title *(if known)*    BooK Keeper InsTRucTor

Street Address    838 mill STReeT # A

City and County    Lucedale, ms.

State and Zip Code    mississiPPi, 39452

Telephone Number    601-766-9001

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. ~~1~~ 5

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Ron ERIEg
CusTodiAn
838 Mill STREET #A
Lucedale   George
Mississippi   39452
601-766-9001

Defendant No. ~~2~~ 6

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Jennifer Hillman
Fitness InsTRuctoR
838 Mill STREET #A
Lucedale   George
Mississippi   39452
601-766-9001

Defendant No. ~~3~~ 7

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Karen Mills
CusTodiAn
838 Mill STREET #A
Lucedale, ms.   George Co.
m.s.   39452
601-766-9001

Defendant No. ~~4~~ 8

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

BRENDA MASsey
member
838 Mill STREET #A.
Lucedale, ms   George Co.
ms 39452
601-766-9001

4

DeFENDANT LuceDAle MuNicIPAl CouRT and Police DePT.

#9      Judge MARTIN SELB

#10     OFC. JOE HINTON

#11     SqT      DRUHe'

               545 OAK STREET

               LuceDAle mississiPPI   39452

Georqe CouNTY Judicial CouRT

#12     Judqe JESSIE UNDERWood

#13     ProseCUTOR   MARK MAPles

#14     PROSeCUTOR   JOSePh GRIEFIN

               368 Cox STREET LuceDAle, m.S. 39452

CiRCuiT CourT

#15     Judqe DAle HARKeY

        CiRCuiTCouRT, DiST 19

        PoBoX 998

        PASCAqoulA, m.S. 39568

GeoRqe CouNTY Sheriff's OFFice.

355 Cox STREET  SuiTe B.

LuceDAle m.S.  39452

#16     SHeRiFF Keith WAVARD

#17     DeT. Ben BRown

#18     SqT. Chris SulliVAN

#19     CAPT. Bollen

#20     Deputy STACeY EuBANKS

Georqe CouNTY CorrecTional FaciliTy

#21     WARDen Fairley
        154 INDusTrial PARK Rd. LuceDAle, m.S. 39452.

(5)

(20)

Defendants.

#22    DAVID SULLIVAN
       2501   14TH ST.
       #212  GULFPORT  MS.
                    39501

#23    DAVID FUTCH
       3106 CANTY ST
       PASCAGOULA, MS.
                    39567

#24.   BENJAMIN HOLLAND
       136 Woodrow Holland LANE
       Lucedale, MS.
                    39452.

6                                    22

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* **ALFRED BROOKS**, is a citizen of the State of *(name)* **ALABAMA**.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   **b.1** If the defendant is an ~~individual~~  City: Locedale miss. Judge marTin Seib

   The defendant, *(name)* ~~GREG HavARD~~, is a citizen of the State of *(name)* **MISSISSIPPI**. Or is a citizen of *(foreign nation)* _____

   **b.2.** DeFendant CounTy: George of miss. - Jessie Under wood

   **b.3.** DeFendant: STaTe of miss. Judge DAle Harkey

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* George County Regional Hlth., is incorporated under

the laws of the State of *(name)* _____MISSISSIPPI_____ , and has its

principal place of business in the State of *(name)* _____MISSISSIPPI_____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000

Defendant WAS forced To Lose His Home and Horses and Heavy Equiptment and WAS force To PAY ooT Double Exspences for LAWYERS and Defense fonds and suffered Enormous Difficulties FinANcially, socially, mentally, Emotionally, Spiritually LAWYers Trick Him. Judge Tricked Him into Accepting A Lawyer who works

**III.    Statement of Claim**    for the Prosecution noT the DefenDANT.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Grayy Havard and Daxyk PARKer continue To Employ and retain Employees who have continvally mALicious ly, Viciously, Attacked me physically and mentally, Emotionally, and Spiritually, in CourTs and in PuBlic. Jackie Shirley, Director, could Have and should have mADe Jennifer HILLMAN give Account for Her lies and Deceptions, but Instead Allowed Her To leave the meeting. She further covered for Jennifer and michelle with false police Reports and Employment Records

**IV.    Relief**    Ron Erieg threatened to kill me And nothing was Done To sToP Him.
He Tried To Provoke me To Violence So they Could Jail me.
Say I HAD "PropensiTy" for Violence.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.    $1,500,000,000   or Amount Court Allows.

I AM A DisABled Veteran and I Soffer w/ Deafness, PosT TRAUMATIC STRESS Disorder, and no teeth. I cANNoT withSTAND STRESS, I Told these women I Don't want to offend anyone, Thanked them for telling me things, Repeatedly Asked Them not To Take things the wrong WAY. They PreTend To Be my friends And Tell me whATa sweeT mAN I Am and Pray with me and praise me buT then they set a Trap for me and falsely Accuse me and Talk ABouT me And mAde false Police RePorTs . Page 4 of 5 And Lied in CourTs. Charged me for SAme Crime "STalKing" in JusTice, City, +STATe

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____ ,

_____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Jennifer Hillman filed 2 exact SAme Police Reports, City and County and said I Tried to follow her Home out in county. She And michelle swore in Circuit court THAT I DiD many Things I DiD NoT Do so the Judge could Think I HAD A "Propensity" for Bothering The women. There Are no facTS, only opinions implanted into people's minds. I HAD given notice of suit for $500,000,000 Before Circuit court. Now I Am seeking $ 1,500,000,000.00 or maximum amount Provided By law.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

these people still work at GCRH. Daryk Parker DiD not Heed my request to Correct The Problem. These People have used their position of authority to undermine The very concept of "wellness". I Had a very Joyful and grateful attitude, I spoke to folks in An Effort To "Bless" Them And Encourage Them. People down there Have Difficulties And They Depend on God, on Jesus, michelle and Jennifer Hate me Because I Tell Them How Jesus speaks To me, How I Heard His voice when A Tractor Died out on my Back. they Are Cruel People,

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

They Had me ARRested in CiTy. The Judge denied me a Trial but sentenced me any way. This CASE WAS DisMissed after JUStice court case was heard in circuit Courts, I WAS Sentenced To more Time after JuStice court case WAS Heard in Circuit CourT. I HAD AlReady Served Time + PaiD my Fines in The city + county. But The "Jim Crowe" SysTem is Doing fine in The BackWoods of mississiPPi, These Women Know Jim Crowe. IT Does noT MAtter ABooT miscarriage + Travesty Of Justice. I wANT To geT Some Relief from this HaTe.

V. **Certification and Closing** The KlAn is Alive And Doing well. I wANT To Break this monkey's BACK. Jesus is Alive And Doing Better.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-13-2015

Signature of Plaintiff _____ alfred Brooks Prose _____

Printed Name of Plaintiff _____ Alfred Brooks _____

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

10

Page 5 of 5

54/5

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

**FILED**

STATE OF MISSISSIPPI                                                    PLAINTIFF

JAN 30 2017

Chad Welford, Circuit Clerk   CASE NO. 2016-10,005 (3) CITY

VS   By:_____ D.C.                      2015-10, 157 (3) COUNTY

Double Jeopardy

"Sleight of Hands"

ALFRED BROOKS                By Judge Horkey   (avB)   DEFENDANT

8/25/17

**DISMISSAL**

The Court being moved by Motion Ore Tenus by the

Parties that all issues have been resolved and therefore the

Motion to Dismiss by Defense Counsel is well taken.

Therefore the Appeal to Circuit Court is hereby

dismissed.

SO ORDERED this the ___36th___ day of ___January___ 2017.

_____
CIRCUIT JUDGE

all Issues HAVE NOT Been Resolved

motion To Dismiss by The Court's Appointed Attorney

Without my Knowledge or Approval.

MR. Futch Did not Represent me,

I Did NOT Ever meet with The man Except Before

Court when He threatened me w/ 2 years

Prison Sentence if I DiD not Drop my Appeal

Alfred Brooks   Pro-Se!

8/25/17

(18)

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

**FILED**

OCT 2 4 2016

Chad Welford, Circuit Clerk

By: _____ D.C.

NO: 2015-10, 157
2016-10, 005

VERSUS

*Alfred Brooks*

### ORDER APPOINTING ATTORNEY

Comes the District Attorney who prosecutes the pleas for the State of Mississippi and comes the Defendant, *Alfred Brooks* who was brought before the Circuit Court and who stated to the court that he/she had no counsel to represent and defend him/her herein and that he/she was unable to employ the services of Counsel in said cause.

IT IS THEREFORE, ORDERED by the court that ___DAVID FUTCH___ a member of the bar, be and is hereby appointed by the Court to defend and represent the defendant is this cause.

ORDERED, this the 24th day of October A.D., 2016.

_____
CIRCUIT COURT JUDGE



IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                     CAUSE NOS.  2015-10-157 and  2016-10-005(3)

*SAme case @ B 8/25/17*

ALFRED BROOKS                                        DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, David P. Sullivan, Esq., counsel of record for the Defendant, ALFRED BROOKS, and files this Motion to Withdraw as Counsel of Record.  Defendant has failed to fully retain counsel, has had significant dispute over strategy of defense in these matters such that an irreparable breakdown of communication ensued, resulting in the Defendant advising counsel in writing that he no longer wished for the undersigned to remain as his counsel.  This Motion is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, PREMISES CONSIDERED, the undersigned, David P. Sullivan, Esq., respectfully moves the Court to be removed as counsel of record for the Defendant, Alfred Brooks.

**RESPECTFULLY SUBMITTED**, this the ___20TH___ day of October, 2016.

By: _____

DAVID P. SULLIVAN, MSB # 10012

**Law Offices of David P. Sullivan, PLLC**
2501 14th Street, Suite 212
Post Office Box 777
Gulfport, Mississippi  39502
Telephone: 228-547-3533
Facsimile: 228-233-3329
davidpsullivanlaw@gmail.com

FILED

OCT 2 4 2016

Chad Welford, Circuit Clerk
By:_____D.C.

(20)

*There WAS no Trial*

## IN THE MUNICIPAL COURT OF THE CITY OF LUCEDALE

### GEORGE COUNTY MISSISSIPPI

CITY OF LUCEDALE                                                                PLAINTIFF

VERSUS

BROOKS, ALFRED                                                                 DEFENDANT

### ORDER OF TIME PAYMENT

THIS cause having come on this day to be heard before this Court and the defendant, now present before this Court, and having entered a :

PLEA OF: ☒ GUILTY; ☐ OR HAVING BEEN TRIED AND BEEN FOUND GUILTY.

You are placed on Time Payments for the period of _____ months for the following offence(s):

Count 1. Stalking 2-2015-0518   $192.50+121.75+.50+20.00+10.00=$344.75

YOU ARE HEREBY ORDERED TO COMPLETE THE FOLLOWING CONDITIONS:

1.        M.A.S.E.P.
2. ☒    Obtain a valid driver's license
3. ☐    Serve _____ days in incarceration in the George County Regional Correctional Facility
        ☐ suspended    ☐ credit for time served _____ days
4. ☒    Court fines to be paid in monthly installments, with the first payment being the state assessment fees in the amount of $152.25 and a monthly payment in the amount of $50.00 · there after.
The total fines in the amount of $344.75.

You are here by advised at this time that this order can be rescinded, modified, or extended by the Municipal Court at the discretion of the Court. Failure to make your payments could lead to a bench warrant and/or your license being suspended.

SO ORDERED this the _____ day of _____ , 2016

_____  *Al Brooks* APr 14th
DEFENDANT

_____
LUCEDALE MUNICIPAL COURT

3-2-16

3-2-16

㉑

#10 V A ⑤



## IN THE MUNICIPAL COURT OF THE CITY OF LUCEDALE

### GEORGE COUNTY MISSISSIPPI

CITY OF LUCEDALE                                                                    PLAINTIFF

VERSUS

BROOKS, ALFRED                                                                     DEFENDANT

### ORDER OF TIME PAYMENT

THIS cause having come on this day to be heard before this Court and the defendant, now present before this Court, and having entered a :    DJCook, CC    7/10/16

PLEA OF: ☒ GUILTY; ☒ OR HAVING BEEN TRIED AND BEEN FOUND GUILTY.

You are placed on Time Payments for the period of _____ months for the following offence(s):

Count 1. Stalking  2-2015-0518    $192.50+121.75+.50+20.00+10.00=$344.75

YOU ARE HEREBY ORDERED TO COMPLETE THE FOLLOWING CONDITIONS:     ⓒ COPY

1.        M.A.S.E.P.
2.  ☒    Obtain a valid driver's license
3.  ☐    Serve        days in incarceration in the George County Regional Correctional Facility
         ☐ suspended      ☐ credit for time served      days
4.  ☒    Court fines to be paid in monthly installments, with the first payment being the state assessment fees
         in the amount of $152.25 and a monthly payment in the amount of $50.00   there after.
         The total fines in the amount of $344.75.

You are here by advised at this time that this order can be rescinded, modified, or extended by the Municipal Court at the discretion of the Court.  Failure to make your payments could lead to a bench warrant and/or your license being suspended.

SO ORDERED this the 2nd day of March, 2016

_____                          _____
DEFENDANT                                              LUCEDALE MUNICIPAL COURT
            2516806075

Amended By Plea
3-10-16

#10  ☒ B

㉒

# MISSISSIPPI STATE COURT OF APPEALS

ALFRED BROOKS

APPELLANT

   V.

STATE OF MISSISSIPPI

APPELLEE

Case # 2017-TS- 00194 COA

Lower Case #

   2016-10,005 (3)

   2015-10-157

Double Jeopardy

Both cases Tried at
Same Time
Both on Appeal

Alfred Brooks Pro Se'
   8/23/17

### REMOVAL OF ATTORNEY OF RECORD

Benjamin Holland

COMES NOW THE APPELLANT ASKING THE COURT TO REMOVE BENJAMIN HOLLAND AS ATTORNEY OF RECORD. PLEASE ACCEPT BEN HOLLAND'S RESIGNATION ON THE GROUNDS OF INEFFECTIVE COUNSEL.

SINCE MR. HOLLAND HAS BEEN MY ATTORNEY, HE HAS ARGUED WITH ME ABOUT MY APPEAL FOR A NEW TRIAL. HE HAS TOLD ME HE HAS BEEN HIRED TO REPRESENT ME FOR A PART OF THE TRIAL BUT NOT FOR ANOTHER PART OF THE TRIAL. HE HAS REPEATEDLY TRIED TO SWEEP THE FACT, THAT I WAS TRIED AT THE SAME TIME ON BOTH CAUSES. THERE WAS NO DISTINCTION BETWEEN THE TWO CAUSES FROM THE TIME I FILED MY APPEALS ON BOTH CASES. I WAS APPOINTED INEFFECTIVE COUNSEL BEFORE THE TRIAL. AGAINST MY BETTER JUDGEMENT, I ALLOWED THE JUDGE TO APPOINT ME DAVID FUTCH.

FROM THE BEGINNING, HE TOLD ME HE WAS NOT GOING TO HELP ME. NOW MR. HOLLAND TELLS ME HE IS NOT GOING TO HELP ME. I HAD ALREADY HIRED DAVID SULLIVAN WHO TOOK $1700.00 BUT REFUSED TO EVEN DRIVE TO GEORGE COUNTY, MUCH LESS HELP ME.  MR. HOLLAND TOLD ME THERE IS NOT AN ATTORNEY WITHIN A THOUSAND MILES WHO WILL HELP ME. MY COMPLAINT IS AGAINST THE COURTS. I HAVE HAD MANY ATTORNEYS EXPRESS THEIR FEAR OF CHALLENGING THE COURTS AND THE WAY THEY INFLICT THEIR FORM OF JUSTICE ON THE PEOPLE AND ATTORNEYS, THEY DON'T LIKE.

THIS MATTER COULD HAVE BEEN RESOLVED WITH FIRST ATTORNEY I TALKED TO. I DID NOT HAVE THE MONEY AND I FELT LIKE I WAS A VICTIM OF AN EXTORTION RACKET, WHEN DARLY HURT ASSURED ME THAT IF I HIRED HIM, HE WOULD SIMPLY CALL HIS BUDDY AND HIS CLIENT, JUDGE UNDERWOOD, AND I WOULD NOT EVEN HAVE TO GO TO COURT.

23

I HAVE WITNESSES AT MY DISPOSAL WHO ARE WILLING TO TESTIFY THAT I WAS WITH THEM AND MRS. HILLMAN WAS MISTAKEN. ANYBODY CAN BEAT ANY CASE FOR A HUNDRED BUCKS. HOW MANY CAN FIND JUSTICE BY RELYING ON JESUS?

MY APPEAL IS BASED ON MANY CONTITUTIONAL ISSUES CONCERNING SUBSTANTIVE AND PROCEDURAL DUE PROCESS ISSUES. ALL THREE COURTS, THE CITY, COUNTY, AND STATE COURTS VIOLATED MY CONSTITUTIONAL RIGHTS AND PRESUMED I WAS GUILTY WITHOUT AFFORDING ME A FAIR TRIAL. IN THIS COURT THERE IS NO MISTAKE.  IT DID KNOW THERE IS A DOUBLE JEOPARDY ISSUE.

NOW THE COURT HAS ASSINGNED AN ATTORNEY TO CONVINCE ME THERE WAS SOME MISTAKE AND THAT I SHOULD JUST FORGET THAT MY CONSTITUTIONAL RIGHTS HAVE BEEN TRAMPLED ON EVER SINCE DEC. 2014, WHEN MICHELLE WHITE TOLD ME, I CAN'T EXPRESS MY FAITH TO OTHER PEOPLE, AT THE WELLNESS CENTER. I AM APPEALLING THE JUDGE'S RULING CONVICTING AND DISMISSING THE CHARGE AGAINST ME, FOR THE EXACT SAME CAUSE, AT THE EXACT SAME TIME. BOTH CAUSES STATE THE SAID INCIDENT HAPPENED IN THE CITY. THE CAUSE WAS FIRST REPORTED TO THE CITY THEN THE COUNTY.  THE JUDGE WOULD HAVE BEEN MORE CORRECT IN CONVICTING ME ON THE CITY CAUSE THAN THE COUNTY CAUSE.  THE PROSECUTOR STATED HE WAS NOT AT THE TRIAL ,AT THE CITY, AND HE DID NOT KNOW WHAT THE TESTIMONY WAS. THIS IS A FRAUDULENT STATEMENT WHICH IMPLIES THERE WAS A TRIAL AT THE CITY, WHEN HE KNOWS FULL WELL THERE WAS NO TRIAL AT THE CITY.

HE KNOWS FULL WELL THE CITY ATTORNEY COLLUDED WITH THE JUSTICE COURT PROSECUTOR TO SENTENCE ME WITH OUT A HEARING. HE KNOWS FULL WELL, I ARGUED WITH THE JUDGE TO TELL ME WHAT DIFFERENCES THERE WERE IN THE TWO CASES AND THE JUDGE TOLD ME HE DID NOT HAVE TO TELL ME, FOR ME TO GO TO LAW SCHOOL. I WENT TO THE LAW SCHOOL OF "HARD KNOCKS" , GEORGE COUNTY STYLE.  JUDGE HARKEY, JUSTICE COURT PROSECUTOR, JOSEPH GRIFFIN, AND DEFENSE ATTORNEY, DAVID FUTCH, ALL AGREED IT IS A DOUBLE JEOPARDY CASE.

THE CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS OF THE PEOPLE, WHO LIVE IN GEORGE COUNTY AND THOSE WHO ARE UNFORTUNATE ENOUGH, TO PASS THROUGH GEORGE COUNTY, HAVE ALWAYS BEEN TRAMPLED ON, BY THOSE WHO ARE IN POSITIONS OF POWER. I HAD NO IDEA THAT I HAD BEEN TARGETED. ICOMPLAINED TO GEORGE COUNTY REGIONAL HEALTH AND THE DIRECTOR OF THE WELLNESS CENTER, JACQUILINE SHIRLEY, SEVERAL TIMES ABOUT THIS BOOKKEEPER, MICHELLE WHITE. THEY STILL HAVE HER ON THE PAYROLL, MAKING NEW AND MORE OUTLANDISH ACCUSSATIONS AGAINST ME IN COURT. THIS CASE IS ON APPEAL TO THE SUPREME COURT OF MISSISSIPPI. I HAVE COMPLAINED TO THE MISSISSIPPI BAR ASSOCIATION AND TO THE MISSISSIPPI STATE JUDICIAL COMMISSION, AND NOW IT IS ON APPEAL TO THE MISSISSIPPI STATE COURT OF APPEALS.

THIS IS MISSISSIPPI'S RESPONCIBILITY AND IT IS MISSISSIPPI'S BACK POARCH. THANK YOU FOR ACCEPTING BEN HOLLAND'S RESIGNATION. I HAVE NOT GIVEN UP ANY OF MY RIGHTS TO AN ATTORNEY OR ANYTHING ELSE.I AM WELL AWARE THERE ARE SERIOUS REPERCUSSIONS BY DEMANDING MY RIGHTS. JUDGE HARKEY MADE THAT VERY CLEAR TO ME WHEN HE MADE ME SERVE MORE TIME FOR APPEALLING THESE TWO CASES. HE FURTHER MADE IT VERY CLEAR BY TELLING ME I CANNOT MAKE OR ATTEMPT TO MAKE ANY CONTACT TO ANY ONE WHO WAS REMOTELY QUOTED OR MISQUOTED , WHO

WAS OR WAS NOT AT TRIAL, WHO MAY OR MAY NOT  KNOW THAT THESE WOMEN ARE SLANDERING THEIR NAMES ALL OVER THE PLACE ALSO, DIRECTLY OR INDIRECTLY.

I UNDERSTAND JUDGE HARKEY AND HE UNDERSTANDS ME. HE HAS TO DO WHAT HE FEELS LIKE HE HAS TO DO. WHAT HE FEELS LIKE HE CAN GET AWAY WITH, Doing   *Alfred Brooks Pro Se'*

ALFRED BROOKS pro se'

15481 GEMINI RD.

WILMER, AL. 36587

251-689-6891

CIRCUIT COURT JUDGE HARKEY
CircuiT CourT, DisT 19
Po Box 998
Pascagoula, ms.
39568

MURIEL ELLIS
Po Box 249
Jackson, ms,
39205-0249

CHAD WELFORD
Circuit crt, Clerk
355 Cox Street
Suite "C"
hueedale, ms.
39452

SUPREME COURT JUSTICE Coleman
Josiah Campbell ? Coben
Po Box 998 249
Jackson, ms
39205-0249

T. Kenneth Griffis
Court of appeals

I HEREBY CERTIFY I MAILED THE FOLLOWING ON THE __14__ DAY OF AUGUST, 2017, VIA CERTIFIED UNITED STATES MAIL.   *SepT*

25

Civil Cover Sheet

(10) 12. Warden Fairley, Bobby
Slapped a Food tray out of a Deaf
Man's Hand Because He did not Hear Him.
He sent a Riot squad in to our
"Protective Custody" Cell Block
for the fun of it.
This same man was Thrown on
the floor and slammed Head First
in to the Wall Because He could not
Hear.
I was incarcerated without a Phone
Call or outside contact.
I was exposed to extreme cold cond-
itions and the guards would not give
me a Blanket, neither would they let
me sleep in Plastic Garbage Bags.

I went to City Court on the exact same
Charge and when I Returned the Inmates
accused me of Stalking their Women friends,
And wrote info on my Papers and I
thought I was going to have to fight all
of them, And I told them so.
This is what Happens to Stalkers,
Even if they Are innocent.

my clothes were stolen, so was my
medicine. I still appealed Both cases
To Circuit court and went Back to Jail
in Protest to this Criminal Activity
with in the Criminal Justice System.
My Major is Criminal [11] Justice Administration
I am an ex City and State Police officer.