## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ALFRED BROOKS**                                                            **PLAINTIFF**

**v.**                                                      **CIVIL NO. 1:17cv256-HSO-RHW**

**GEORGE COUNTY REGIONAL HEALTH**
**AND WELLNESS CENTER, ET AL.**                              **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and

relevant legal authority, finds that in accord with its Memorandum Opinion and

Order Dismissing Plaintiff's Complaint With Prejudice entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is

**DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 26th day of June, 2018.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE